UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRET SPENCER,

              Plaintiff,

    v.

SHORELINE COLLEGE, *et al.*,

              Defendants.

Case No. C23-969-RSM

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

       Plaintiff Brett Spencer has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 4.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 4) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

       The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Ricardo S. Martinez.

       Dated this 13th day of July, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1