UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRET SPENCER, <br><br> Plaintiff, <br><br> v. <br><br> SHORELINE COLLEGE, et al., <br><br> Defendants. | Case No. C23-969RSM <br><br> ORDER DENYING MOTION FOR EXTENSION OF TIME |

This closed matter comes before the Court on Plaintiff's Motion for Extension of Time, Dkt. #14.

On September 14, 2023, Plaintiff's claims were dismissed without prejudice and this case closed. Dkt. #10. On September 24, 2023, the Court addressed Plaintiff's subsequent filings and continued to find that the claims were properly dismissed as frivolous. Dkt. #13. In the instant Motion, Plaintiff requests "additional time while other motions… are evaluated." Dkt. #14 at 1. These other motions are a motion "requesting assistance to help compel response of FOIA request" and a "motion for reconsideration based on recently uncovered evidence reaffirming there were and have only been timely submissions." *Id*.

The Court cannot extend a deadline in this closed case because there are no currently pending deadlines. The deadline has already passed for filing a motion for reconsideration of

ORDER DENYING MOTION FOR EXTENSION OF TIME - 1

the Court's Orders above. *See* LCR 7(h). Plaintiff may not file a motion to compel records in this closed case. Plaintiff's claims have been dismissed without prejudice, meaning that he is not barred from filing a new case pursuing these claims. However, the Court strongly cautions Plaintiff to review the Court's Orders above and to correct the deficiencies in his Complaint before refiling.

Given all of the above, the Court hereby finds and ORDERS that Plaintiff's Motion, Dkt. #14, is DENIED. This case remains CLOSED.

DATED this 11th day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE